```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19914
   CZESLAW LIPINSKI
   HALINA LIPINSKI                          CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-2318    SSN XXX-XX-1467
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/31/08 .

2. The case was dismissed without confirmation, 12/04/2008.

3. The Debtor paid a total of $    486.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, BIZAR & DOYLE           , was allowed $       .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $    486.00 .

```
     Dated: 03/12/09               /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 19914 CZESLAW LIPINSKI & HALINA LIPINSKI
```